UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

**WISCONSIN SHEET METAL WORKERS HEALTH
AND BENEFIT FUND, MILWAUKEE AREA SHEET
METAL JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, and PATRICK LANDGRAF**
(in his capacity as Trustee),

      **Plaintiffs,**

 v.

                 Case No. 17-CV-1339

**MEP MECHANICAL SERVICES, LLC,**

      **Defendant.**
_____

## NOTICE OF VOLUNTARY DISMISSAL
_____

  The Defendant has made satisfactory payment and therefore pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P., the Plaintiffs hereby voluntarily dismiss the above-entitled action against Defendant MEP Mechanical Services, LLC without prejudice.

  Dated this 12th day of October, 2017.

              s/Christopher J. Ahrens
              Christopher J. Ahrens (SBN: 1043237)
              **The Previant Law Firm, S.C.**
              310 West Wisconsin Avenue, Suite 100 MW
              Milwaukee, WI 53203
              414-271-4500 (Telephone)
              414-271-6308 (Fax)
              Email: cja@previant.com

              Attorneys for Plaintiffs